FILED
Dec 21 2021
3:57 pm
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ AmyC  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COLE THOMAS SALAZAR (1),<br>VALERIE LYNN ADDISON (2),<br><br>　　　　Defendants. | Case No. '21 CR3518 CAB<br><br>I N D I C T M E N T<br><br>Title 21, U.S.C., Secs. 841(a)(1) and 841(b)(1)(C) – Distribution of Fentanyl Resulting in Death; Title 21, U.S.C., Secs. 841(a)(1) and 841(b)(1)(C) – Possession with Intent to Distribute Fentanyl, Heroin, and Methamphetamine; Title 18, U.S.C., Sec. 2 – Aiding and Abetting; Title 21, U.S.C., Secs. 841(a)(1) and 846 – Conspiracy to Distribute Fentanyl; Title 21, U.S.C., Sec. 853 – Criminal Forfeiture |

The grand jury charges:

Count 1

On or about November 3, 2020, within the Southern District of California, defendant COLE THOMAS SALAZAR did knowingly and intentionally distribute a quantity of a mixture and substance containing a detectable amount of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance, which resulted in the death of another person, to wit, S.E.F.; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

ADGO:nlv:San Diego:12/21/21

## Count 2

On or about January 13, 2021, within the Southern District of California, defendants COLE THOMAS SALAZAR and VALERIE LYNN ADDISON did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## Count 3

On or about January 13, 2021, within the Southern District of California, defendants COLE THOMAS SALAZAR and VALERIE LYNN ADDISON did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of heroin, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## Count 4

On or about January 13, 2021, within the Southern District of California, defendants COLE THOMAS SALAZAR and VALERIE LYNN ADDISON did knowingly and intentionally possess with the intent to distribute 50 grams and more, to wit: approximately 60 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

//
//
//

Count 5

Beginning on a date unknown to the grand jury and ending on or about January 13, 2021, within the Southern District of California, defendants COLE THOMAS SALAZAR and VALERIE LYNN ADDISON did knowingly and intentionally conspire together and with each other and with other persons known and unknown to the grand jury to distribute a quantity of a mixture and substance containing a detectable amount of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance,; in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

FORFEITURE ALLEGATIONS

1. The allegations contained in Counts 1 through 5 are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853. The property to be forfeited includes, but is not limited to, a purple Samsung Galaxy s9+, Model SM-G965U (IMEI 54640090646782).

2. Upon conviction of one and more of the felony offenses alleged in Counts 1 through 5 of this Indictment, said violations being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendants COLE THOMAS SALAZAR and VALERIE LYNN ADDISON shall forfeit to the United States all rights, title and interest in any and all property constituting, or derived from, any proceeds the defendants obtained, directly and indirectly, as the result of the offenses, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in this Indictment.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property listed above as being subject to forfeiture.

All pursuant to Title 21, United States Code, Section 853.

DATED: December 21, 2021.

RANDY S. GROSSMAN
Acting United States Attorney

By: _____
ADAM GORDON
Assistant U.S. Attorney